instead of $1,000 and that it be conditioned for the payment of the difference between six per cent and the amount of interest allowed by the depository and for the payment of the costs provided for in the judgment herein entered March 4, 1931, if the judgment be affirmed or the appeal therefrom be dismissed by the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

PHILIP MAKES, Respondent, v. COMMUNITY FOUNDERS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

ANNIE MALMUD, as Executrix, etc., Respondent, v. LILLIAN BLACKMAN, etc., and Another, Appellants, and ATRIN REALTY Co., INC., and THE PEOPLE OF THE STATE OF NEW YORK, Defendants.— Motion to resettle order denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

SAM MARKMAN, Respondent, v. BROAD DEVELOPING COMPANY, INC., Appellant, and Others, Defendants. LOUIS BROD, as Director of BROAD DEVELOPING CO., INC., a Domestic Corporation, in Behalf of Said Corporation and Its Creditors, Appellant, v. SAMUEL MARKMAN, Respondent, and Others, Defendants. (Consolidated Actions.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

MARLEE, INC., Respondent, v. THORIA BITTAR, Appellant.— Motion to punish for contempt granted. Contempt proceedings for failure to comply with an order of restitution are proper. (Devlin v. Hinman, 40 App. Div. 101; affd., 161 N. Y. 115.) The execution of the order will be stayed until the determination by the Court of Appeals of the appeal from the order of restitution. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

MARLEE, INC., Respondent, v. THORIA BITTAR, Appellant.— Motion for leave to appeal to the Court of Appeals granted. The question to be certified is: "Is the order of this court dated December 19, 1930, proper under the facts?" Motion for stay of execution granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARLEE, INC., Respondent, v. THORIA BITTAR, Appellant.— Motion to resettle order of restitution denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

ELIZABETH J. MIDDLEMISS, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant.— Motion to dismiss appeal granted, with ten dollars costs and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

FORTUNATO MIMINO, Appellant, v. STEAMSHIP TERMINAL OPERATING CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

MICHAEL MINGINO, Respondent, v. YELLOW TAXI CORPORATION, NEW YORK, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.